FILED
01 OCT -1 AM 11: 13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES A. BENNETT, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV-99-B-1282-S |
| WARDEN BILLY MITCHUM and LT. GLENN MARTIN, | ) | |
| Defendants. | ) | |

ENTERED
OCT - 1 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 6, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous and for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 1st day of October, 2001.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

